IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TRAVIS MILLER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 1:22-CV-958-DAE |
| § | |
| U.S. DEPARTMENT OF JUSTICE AND § | |
| U.S. DEPARTMENT OF DEFENSE, § | |
| § | |
| Defendant. § | |

## JOINT STATUS REPORT

Pursuant to the parties' agreed proposed scheduling order, ECF No. 6-1, the parties respectfully submit the following joint status report in this Freedom of Information Act ("FOIA") matter.

1. The Department of Defense ("DOD") provided a final response to FOIA request 22-F-0694 in May 2023. On September 29, 2023, DOD produced 122 pages of materials responsive to FOIA request 22-FRO-0477. DOD will continue to produce materials on a rolling basis.

2. The Department of Justice ("DOJ") provided its final response to FOIA request 2022-01328 in July 2023. Consultations with other offices remain outstanding and DOJ is regularly following up with those offices. DOJ anticipates that it will provide its next interim response on or around November 17, 2023.

Dated: October 25, 2023                               Respectfully submitted,

**Jaime Esparza**
United States Attorney

By:   */s/ Matthew Mueller*
**Matthew Mueller**
Assistant United States Attorney
Texas State Bar No. 24095592
**David B. Goode**
Assistant United States Attorney
State Bar No. 24106014
U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 370-1262 (phone)
(512) 916-5854 (fax)
matthew.mueller@usdoj.gov
david.goode@usdoj.gov

**Attorneys for Defendants**

*/s/ Travis Miller\**
**Travis Miller**
Texas State Bar No. 24072952
PO Box 6853
Austin, TX 78762
(430) 222-8184 (phone)
twmlegal@gmail.com

**Plaintiff**
*\*Signed with permission*