IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TRAVIS MILLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:22-CV-958-DAE |
| | § | |
| U.S. DEPARTMENT OF JUSTICE AND | § | |
| U.S. DEPARTMENT OF DEFENSE, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**JOINT STATUS REPORT**

Pursuant to the parties' agreed proposed scheduling order, ECF No. 6-1, the parties respectfully submit the following joint status report in this Freedom of Information Act ("FOIA") matter.

1.     The Department of Defense ("DOD") provided a final response to FOIA request 22-F-0694 in May 2023. For FOIA request 22-FRO-0477, DOD produced 252 pages of responsive materials on April 1, 2024. DOD will continue to produce materials on a rolling basis as consultations are completed.

2.     The Department of Justice ("DOJ") provided its final response to FOIA request 2022-01328 in July 2023. DOJ provided its final response to FOIA request 2022-00966 in November 2023. For FOIA request 2022-01049, DOJ is continuing to actively follow up on the status of the outstanding consultations. DOJ anticipates that it will provide its next interim response to Plaintiff on or around May 10, 2024.

Dated: April 26, 2024 Respectfully submitted,

**Jaime Esparza**
United States Attorney

By: */s/ Matthew Mueller*
**Matthew Mueller**
Assistant United States Attorney
Texas State Bar No. 24095592
**David B. Goode**
Assistant United States Attorney
State Bar No. 24106014
U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 370-1262 (phone)
(512) 916-5854 (fax)
matthew.mueller@usdoj.gov
david.goode@usdoj.gov

**Attorneys for Defendants**

*/s/ Travis Miller\**
**Travis Miller**
Texas State Bar No. 24072952
PO Box 6853
Austin, TX  78762
(430) 222-8184 (phone)
twmlegal@gmail.com

**Plaintiff**
*\*Signed with permission*