IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TRAVIS MILLER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 1:22-CV-958-DAE |
| § | |
| U.S. DEPARTMENT OF JUSTICE AND § | |
| U.S. DEPARTMENT OF DEFENSE, § | |
| § | |
| § | |
| Defendant. § | |

## DEFENDANTS' STATUS REPORT

Pursuant to the parties' agreed proposed scheduling order, ECF No. 6-1, Defendants respectfully submit the following status report in this Freedom of Information Act ("FOIA") matter.

1. The Department of Defense ("DOD") provided a final response to FOIA request 22-F-0694 in May 2023. For FOIA request 22-FRO-0477, DOD produced 513 pages of responsive materials on June 13, 2024. DOD will continue to produce materials on a rolling basis as consultations are completed.

2. The Department of Justice ("DOJ") provided its final response to FOIA request 2022-01328 in July 2023. DOJ provided its final response to FOIA request 2022-00966 in November 2023. For FOIA request 2022-01049, DOJ provided its third interim response (39 pages of responsive materials) on May 10, 2024. DOJ is continuing to actively follow up on the status of outstanding consultations and anticipates that it will provide its next interim response to Plaintiff on or around July 10, 2024.

Dated: June 25, 2024          Respectfully submitted,

                                       **Jaime Esparza**
                                       United States Attorney

By:    */s/ Matthew Mueller*
                                       **Matthew Mueller**
                                       Assistant United States Attorney
                                       Texas State Bar No. 24095592
                                       **David B. Goode**
                                       Assistant United States Attorney
                                       State Bar No. 24106014
                                       U.S. Attorney's Office
                                       903 San Jacinto Blvd., Suite 334
                                       Austin, Texas 78701
                                       (512) 370-1262 (phone)
                                       (512) 916-5854 (fax)
                                       matthew.mueller@usdoj.gov
                                       david.goode@usdoj.gov

                                       **Attorneys for Defendants**