IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TRAVIS MILLER, § § Plaintiff, § § v. § § U.S. DEPARTMENT OF JUSTICE AND § U.S. DEPARTMENT OF DEFENSE, § § § Defendant. § | Case No. 1:22-CV-958-DAE |

## JOINT STATUS REPORT

Pursuant to the parties' agreed proposed scheduling order, ECF No. 6-1, the parties respectfully submit the following joint status report in this Freedom of Information Act ("FOIA") matter. The parties will provide their next status report on February 21, 2025.

1. The Department of Justice ("DOJ") provided its final response to FOIA request 2022-01328 in July 2023. DOJ provided its final response to FOIA request 2022-00966 in November 2023. For FOIA request 2022-01049, DOJ is continuing to actively follow up on the status of outstanding consultations and will endeavor to provide its final response to this request on or before the parties' next Joint Status Report.

2. The Department of Defense ("DOD") provided a final response to FOIA request 22-F-0694 in May 2023 and to FOIA request 22-FRO-0477 in August 2024.

Dated: December 20, 2024                    Respectfully submitted,

                                                   **Jaime Esparza**
United States Attorney

By:   */s/ Matthew Mueller*
**Matthew Mueller**
Assistant United States Attorney
Texas State Bar No. 24095592
**David B. Goode**
Assistant United States Attorney
State Bar No. 24106014
U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 370-1262 (phone)
(512) 916-5854 (fax)
matthew.mueller@usdoj.gov
david.goode@usdoj.gov

**Attorneys for Defendants**

*/s/ Travis Miller\**
**Travis Miller**
Texas State Bar No. 24072952
PO Box 6853
Austin, TX  78762
(430) 222-8184 (phone)
twmlegal@gmail.com

**Plaintiff**
*\*Signed with permission*