IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TRAVIS MILLER, | § | NO. 1:22-CV-958-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| DEPARTMENT OF JUSTICE, | § | |
| DEPARTMENT OF DEFENSE, | § | |
| | § | |
| Defendants. | § | |
| _____ | § | |

ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the parties Stipulation of Dismissal. (Dkt. # 25.) The Stipulation informs the Court that the parties stipulate to dismiss the claims asserted in this case pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (Id.) After careful consideration of the matters raised in the Stipulation, the Court hereby **ORDERS** that the case be **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and fees. The Clerk's Office is thereafter **INSTRUCTED** to **CLOSE THE CASE**.

     **IT IS SO ORDERED**.

     **DATED**: Austin, Texas, June 20, 2025.

_____
David Alan Ezra
Senior United States District Judge